IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



*FILED*
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 4:15 pm, Aug 19, 2020*

| | |
|---|---|
| DINETHA L. RAYNER, individually and as administratrix of the Estate of Kelsey Jerome Rayner, Sr., <br><br> Plaintiff, <br><br> v. <br><br> APPLING COUNTY SHERIFF'S OFFICE; SHERIFF MARK MELTON; APPLING COUNTY CORRECTIONS OFFICERS ADAM BELL; ANTHONY BARWICK; JEFFERY HAMILTON; NADIA WATTS; ELAINE DOWNDEY; ERNESTINA MERCED; BRANDON GRIFFS; and WILSON EDWARDS, individually and in their official capacities; SOUTHEAST CORRECTIONAL MEDICAL GROUP, LLC; KACEY NEWBERRY, LPN; CHRISTI TURNER, LPN; LYNN MARSH, LPN; KNICOLE LEE, FNP; JOHN DOE,ADVANCED PRACTICE NURSE; and JOHN ROE, M.D., <br><br> Defendants. | CIVIL ACTION NO.: 2:19-cv-48 |

## THIRD AMENDED SCHEDULING ORDER

On June 20, 2019, the Court issued a Scheduling Order in this case setting forth certain deadlines and instructions. Doc. 32. The parties moved for two extensions of these deadlines, docs. 43, 47, which the Court granted. Docs. 44, 48. On June 4, 2020, the Court issued a stay in this case, staying the deadlines in this case until August 17, 2020, so the parties could pursue mediation. Doc. 52. On August 18, 2020, pursuant to the parties' request, the Court conducted a telephonic status conference to discuss the stay and the schedule for remaining deadlines.

Doc. 54. In consideration of the parties' submissions and statements made during the August 18, 2020 conference, the Court sets forth the following deadlines in the case.

| | |
|---|---|
| WRITTEN DISCOVERY UNDER RULES 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE[1] | October 23, 2020 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | October 23, 2020 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY PLAINTIFF | November 23, 2020 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | December 22, 2020 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | February 19, 2021 |
| POST-DISCOVERY STATUS REPORT DUE[2] | February 23, 2021 |
| POST-DISCOVERY STATUS CONFERENCE | February 25, 2021 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | April 9, 2021 |
| LAST DAY FOR FILING RESPONSES TO ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | May 7, 2021 |

---

[1]   The Court fully expects the parties to have initiated all discovery requests by this deadline.

[2]   A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| | |
|---|---|
| DEPOSITIONS OF ALL WITNESSES TAKEN FOR USE AT TRIAL | May 21, 2021 |
| PRE-TRIAL ORDER DUE | June 30, 2021 |

All deadlines and instruction contained in the Court's previous Orders remain in full force and effect.   Docs. 32, 44, 48.

**SO ORDERED**, this 19th day of August, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA