IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



| | |
|---|---|
| DINETHA L. RAYNER, individually and as administratrix of the Estate of Kelsey Jerome Rayner, Sr., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF MARK MELTON, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:19-cv-48 |

**O R D E R**

The Court issued the Third Amended Scheduling Order in this case on August 19, 2020. Doc. 55.  Upon review of this Court's docket, it was discovered the Court inadvertently provided two different motions deadlines in this case, April 9 and May 7, 2021.  Id. at 2.  To correct this scrivener's error and to avoid any confusion, the Court clarifies the parties' deadline to file all motions, excluding motions in limine, shall be May 7, 2021.

**SO ORDERED**, this 3rd day of September, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA